# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Justin E.,[1]

        Plaintiff,

 v.

Frank Bisignano, *Commissioner of Social Security*,

        Defendant.

Civ. No. 25-58 (JWB/JFD)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

Bryan Konoski, Esq., Konoski & Partners, P.C., counsel for Plaintiff.

Ana H. Voss, Esq., United States Attorney's Office; James D. Sides, Esq., Sarah Preston, Esq., and Sophie Doroba, Esq., Social Security Administration, counsel for Defendant.

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") in this matter on January 20, 2026. (Doc. No. 22.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

    1.     The January 20, 2026 Report and Recommendation (Doc. No. 22) is

---

[1]    The District of Minnesota has adopted a policy of using only the first name and last initial of nongovernmental parties in Social Security cases.

**ACCEPTED**;

2.   Plaintiff Justin E.'s request for relief (Doc. Nos. 16, 19) is **DENIED**;

3.   The Commissioner's request for relief (Doc. No. 18) is **GRANTED**; and

4.   The Commissioner's decision is **AFFIRMED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: February 12, 2026

_s/ Jerry W. Blackwell_
JERRY W. BLACKWELL
United States District Judge

2